ORDERED in the Southern District of Florida on Dec 5, 2007



*Signature*
John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 06-10856-BKC-JKO |
| | Chapter 11 |
| JOHN ERNEST DOKIMOS, | |
| Debtor. | |
| _____/ | |
| JOHN ERNEST DOKIMOS, | |
| Plaintiff, | Adv. Pro. No. 06-1929-BKC-JKO-A |
| v. | |
| RICHARD SEAMAN, RICHARD SEAMAN, P.A., THE VILLAGE TOWNHOMES OF COCONUT CREEK, LLC, and MIDDLE RIVER OASIS, LLC, | |
| Defendants. | |
| _____/ | |

**ORDER DISMISSING ADVERSARY PROCEEDING** ~~AS MOOT~~ *JKO*

905883-1

THIS MATTER came before the Court at a Status Conference on December 3, 2007. Because the main bankruptcy case (Case No. 06-10856-BKC-JKO) was dismissed upon the motion of the United States trustee, this adversary proceeding is now moot. Accordingly, it is therefore

ORDERED that this adversary proceeding is dismissed ~~as moot.~~ *for lack of jurisdiction.* /s/ JKO

###

Submitted by:

Arthur J. Spector, Esq.
Berger Singerman, P.A.
Attorneys for Plaintiff
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 712-5159
Facsimile: (954) 523-2872
e-mail: aspector@bergersingerman.com

Copy furnished to:
Arthur J. Spector, Esq.
*(Attorney Spector is directed to serve a conformed copy of this Order to all parties-in-interest, and file a Certificate of Service with the Court).*

905883-1